IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEBRA LAKES                                                                   PLAINTIFF

v.                                NO. 3:11CV00076 HDY

MICHAEL J. ASTRUE,                                    DEFENDANT
Commissioner of the Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Debra Lakes. The final decision of the Commissioner of the Social Security Administration is reversed, and this proceeding is remanded pursuant to "sentence four."

IT IS SO ORDERED this __3__ day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE